# EXHIBIT A
## (Summons)

E-SERVED Frederick Circuit Court 3/29/2024 11:50 AM System SystemEnvelope:15931739

E-FILED; Frederick Circuit Court
Clerk of the Court: 301-600-1976
Docket 3/29/2024 11:50 AM, Submission: 3/29/2024 11:50 AM
Assignment Office: 301-600-2015
Envelope: 15931739



## CIRCUIT COURT FOR FREDERICK COUNTY MARYLAND

100 West Patrick Street, Frederick, Maryland, 21701

**To:** AMAZON.COM INC
DBA AMAZON
SERVE: REGISTERED AGENT: CORPORATION SERVICE
COMPANY
300 DESCHUTES WAY, S.W.
SUITE 208
MC-CSC TUMWATER, WA 98510

|  |  |
|---|---|
| **Case Number:** | C-10-CV-24-000240 |
| **Other Reference Number(s):** |  |
| **Child Support Enforcement Number:** |  |

### GREGORY WIGLE VS. AMAZON.COM INC

Issue Date: 3/29/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

GREGORY WIGLE
6306 Jefferson Boulevard
Frederick, MD 21703

This summons is effective for service only if served within 60 days after the date it is issued.

*Sandra K. Dalton*

Sandra K. Dalton
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).